# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Khaleel Sheik Ahamed Desaque, | Chapter 13 |
| Debtor | |
| | 1:25-bk-00667-HWV |
| Khaleel Sheik Ahamed Desaque, | |
| Movant | Motion to Extend Time |

## MOTION FOR EXTENSION OF TIME

**AND NOW**, the Debtor, by and through his attorney, Dawn Cutaia, files this Motion for Extension of Time to file Schedules and Documents and in support thereof states the following:

1. Debtor filed a Chapter 13 bankruptcy petition on March 13, 2025.
2. Debtor's paperwork is due on March 27, 2025.
3. Debtor's petition is almost complete. Counsel and Debtor had a meeting and reviewed his paperwork and a draft of his protocol, but additional documents are needed. Counsel needs time to finish Debtor's paperwork and review his petition with him so he can sign it.

**WHEREFORE**, Debtor respectfully requests this Honorable Court grant him an extension until April 27, 2025, to file his remaining documents.

Date: March 27, 2025

Respectfully Submitted:

/s/ Dawn M. Cutaia
Attorney for Debtors
Supreme Court ID: 77965
1701 W. Market Street
York PA 17404
717-304-1841

dmcutaia@gmail.com

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Khaleel Sheik Ahamed Desaque, | Chapter 13 |
| Debtor | |
| | 1:25-bk-00667-HWV |
| Khaleel Sheik Ahamed Desaque, | |
| Movant | Motion to Extend Time |

**ORDER**

Upon consideration of the Debtor's Motion to Extend Time, said Motion is hereby **GRANTED** and the Debtor is given until April 27, 2025, to file his remaining documents.