In re:  Case No. 25-00667-HWV

Khaleel Sheik Ahamed Desaque  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Apr 15, 2025      Form ID: ntnew341      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Khaleel Sheik Ahamed Desaque, 115 Stony Run Way, York, PA 17406-6108 |
| 5695800 | + | Members First Fcu, Po Box 8895, Camp Hill, PA 17001-8895 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5695790 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 15 2025 18:46:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 5695791 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 15 2025 18:46:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5695792 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 15 2025 18:58:53 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5695793 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 15 2025 18:46:00 | Comenity Capital Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5695794 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 15 2025 18:46:55 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5695788 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2025 18:46:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5695795 | ^ | MEBN | Apr 15 2025 18:44:57 | Educatonal Systems FCU, Attn: Bankruptcy, Po Box 179, Greenbelt, MD 20768-0179 |
| 5695796 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 15 2025 18:46:58 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5695797 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 15 2025 18:46:55 | HUD, 451 7th Street, SW, Washington, DC 20410-0002 |
| 5695786 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 15 2025 18:46:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5695801 | | Email/Text: EBN@Mohela.com | Apr 15 2025 18:46:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5695798 | + | Email/Text: Unger@Members1st.org | Apr 15 2025 18:46:00 | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camo Hill, PA 17001-8893 |
| 5695799 | + | Email/Text: Unger@Members1st.org | Apr 15 2025 18:46:00 | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camp hill, PA 17001-8893 |
| 5695803 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 15 2025 18:46:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5695802 | ^ | MEBN | Apr 15 2025 18:44:58 | Nelnet, 633 Spirit Drive, Chesterfield, MO 63005-1243 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5695805 | + | Email/PDF: ebnotices@pnmac.com | Apr 15 2025 18:59:39 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5695804 | | Email/PDF: ebnotices@pnmac.com | Apr 15 2025 18:59:11 | Pennymac, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5695806 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 15 2025 18:58:51 | Plusfinance/cws, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 5695807 | ^ | MEBN | Apr 15 2025 18:45:02 | Reach Financial, 11 Broadway Suite 1732, New York, NY 10004-1312 |
| 5695808 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 18:46:46 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5695809 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 18:46:41 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5696953 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 15 2025 18:46:55 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5695787 | + | Email/Text: kcm@yatb.com | Apr 15 2025 18:46:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5695789 | | Larkee Desaque |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Apr 17, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Khaleel Sheik Ahamed Desaque dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Khaleel Sheik Ahamed Desaque,

**Debtor 1**

Chapter 13

Case No. 1:25−bk−00667−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: May 8, 2025<br><br>Time: 08:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristinaEdris, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 15, 2025 |

ntnew341 (09/23)