IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Khaleel Sheik Ahamed Desaque, | Chapter 13 |
| Debtor | |
| | 1:25-bk-00667-HWV |
| Khaleel Sheik Ahamed Desaque, | |
| Movant | Motion to Extend Time |

**MOTION FOR EXTENSION OF TIME**

**AND NOW**, the Debtor, by and through his attorney, Dawn Cutaia, files this Motion for Extension of Time to file Schedules and Documents and in support thereof states the following:

1. Debtor filed a Chapter 13 bankruptcy petition on March 13, 2025.
2. Debtor requested an extension to complete his paperwork, which was granted.
3. Debtor's petition is complete but for his Plan. Counsel needs additional time to complete Debtor's Plan and review everything with Debtor so he can sign everything.

**WHEREFORE**, Debtor respectfully requests this Honorable Court grant him an extension until May 10, 2025, to file his remaining documents.

Date: April 28, 2025                                                        Respectfully Submitted:

/s/ Dawn M. Cutaia
Attorney for Debtors
Supreme Court ID: 77965
1701 W. Market Street
York PA 17404
717-304-1841
dmcutaia@gmail.com

**THE UNITED STATES BANKRUPTCY COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Khaleel Sheik Ahamed Desaque,<br>              Debtor | Chapter 13 |
| | 1:25-bk-00667-HWV |
| Khaleel Sheik Ahamed Desaque,<br>              Movant | Motion to Extend Time |

**ORDER**

Upon consideration of the Debtor's Motion to Extend Time, said Motion is hereby **GRANTED** and the Debtor is given until May 10, 2025, to file his remaining documents.