# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  **Khaleel Sheik Ahamed Desaque**                                    Case No.  **1:25-bk-00667**
                                   Debtor(s)                               Chapter  **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Khaleel Sheik Ahamed Desaque**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached. *I started a new job in February 2025 so my stubs are for less than 60 months.


Date  **May 12, 2025**                    Signature  **/s/ Khaleel Sheik Ahamed Desaque**
                                                     **Khaleel Sheik Ahamed Desaque**
                                                     Debtor

**Office of Payroll**
6901 N Charles Street, Building E
Towson, MD 21204

| Pay Period | 02-01-2025 to 02-14-2025 |
|---|---|
| Pay Date | 02-28-2025 CHECK NO. 000004000526824 |

| Name | Employee ID | Location | Marital Status | Exemptions Federal | State | Maryland County Tax |
|---|---|---|---|---|---|---|
| KHALEEL S DESAQUE | 0000260714 | NW 025255 | MARRIED/JOINT | 0 | 0 | PA STATE TAX |

| EARNINGS | Rate | Hours | This Pay | Year to Date |
|---|---|---|---|---|
| SUB ADMIN | 54.3300 | 75:00 | $4,074.80 | $7,225.92 |

LEAVE BAL IN HOURS AS OF 02-14-2025

| Type | Acc/Adv | Used | Balance |
|---|---|---|---|
| MD HLTHY FMLY | 00:00 | 00:00 | 1:56 |

| | TOTAL EARNINGS | $4,074.80 | |
|---|---|---|---|
| TAXABLE WAGE | | $4,074.80 | |
| FICA TAXABLE WAGE | | $4,074.80 | |

| TAXES AND DEDUCTIONS | | |
|---|---|---|
| FEDERAL TAX | $332.12 | $702.82 |
| MARYLAND STATE INCOME TAX | $0.00 | $243.63 |
| PENNSYLVANNIA STATE INCOME TAX | $125.09 | $125.09 |
| SOCIAL SECURITY TAX | $252.64 | $448.01 |
| MEDICARE TAX | $59.09 | $104.78 |

Messages & Other Information

| | TOTAL TAXES AND DEDUCTIONS | $768.94 | $1,624.33 |
|---|---|---|---|

| SUMMARY | EARNINGS | TAXES AND DEDUCTIONS | ADJUSTMENT TO NET | NET PAY |
|---|---|---|---|---|
| THIS PAY | $4,074.80 | $768.94 | $0.00 | $3,305.86 |
| YEAR TO DATE | $7,225.92 | $1,624.33 | | $5,601.59 |

BALTIMORE COUNTY PUBLIC SCHOOLS



**Office of Payroll**
6901 N Charles Street, Building E
Towson, MD 21204

| Pay Period | 01-18-2025 to 01-31-2025 |
|---|---|
| Pay Date | 02-14-2025 CHECK NO. 000004000526793 |

| Name | Employee ID | Location | Marital Status | Exemptions Federal | Exemptions State | Maryland County Tax |
|---|---|---|---|---|---|---|
| KHALEEL S DESAQUE | 0000260714 | NW 045155 | SNG OR MR FL SP | 0 | 0 | BALT COUNTY |

| EARNINGS | Rate | Hours | This Pay | Year to Date | LEAVE BAL IN HOURS AS OF 01-31-2025 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Type | Acc/Adv | Used | Balance |
| SUB ADMIN | 54.3300 | 58:00 | $3,151.12 | $3,151.12 | | | | |
| | | TOTAL EARNINGS | $3,151.12 | | | | | |
| TAXABLE WAGE | | | $3,151.12 | | | | | |
| FICA TAXABLE WAGE | | | $3,151.12 | | | | | |

| TAXES AND DEDUCTIONS | | | | Messages & Other Information |
|---|---|---|---|---|
| FEDERAL TAX | | $370.70 | $370.70 | |
| MARYLAND STATE INCOME TAX | | $243.63 | $243.63 | |
| SOCIAL SECURITY TAX | | $195.37 | $195.37 | |
| MEDICARE TAX | | $45.69 | $45.69 | |
| TOTAL TAXES AND DEDUCTIONS | | $855.39 | $855.39 | |

| SUMMARY | EARNINGS | - TAXES AND DEDUCTIONS | + ADJUSTMENT TO NET | = NET PAY |
|---|---|---|---|---|
| THIS PAY | $3,151.12 | $855.39 | $0.00 | $2,295.73 |
| YEAR TO DATE | $3,151.12 | $855.39 | | $2,295.73 |

BALTIMORE COUNTY PUBLIC SCHOOLS

| | Office of Payroll<br>6901 N Charles Street, Building E<br>Towson, MD 21204 | | | Pay Period | 02-15-2025 to 02-28-2025 | | |
|---|---|---|---|---|---|---|---|
| | | | | Pay Date | 03-14-2025 CHECK NO 000005000551495 | | |
| Name | | Employee ID | Location | Marital Status | Exemptions Federal State | | Maryland County Tax |
| KHALEEL S DESAQUE | | 0000260714 | NW 025255 | MARRIED/JOINT | 0 0 | | PA STATE TAX |

| EARNINGS | Rate | Hours | This Pay | Year to Date | LEAVE BAL IN HOURS AS OF 02-28-2025 | | |
|---|---|---|---|---|---|---|---|
| SUB ADMIN | 54.3300 | 75:00 | $4,074.80 | $11,300.72 | Type | Acc/Adv | Used | Balance |
| | | | | | MD HLTHY FMLY | 00:00 | 00:00 | 4:26 |
| | | TOTAL EARNINGS | $4,074.80 | | | | |
| TAXABLE WAGE | | | $4,074.80 | | | | |
| FICA TAXABLE WAGE | | | $4,074.80 | | | | |

| TAXES AND DEDUCTIONS | | | | | Messages & Other Information |
|---|---|---|---|---|---|
| FEDERAL TAX | | | $332.12 | $1,034.94 | |
| MARYLAND STATE INCOME TAX | | | $0.00 | $243.63 | |
| PENNSYLVANNIA STATE INCOME TAX | | | $125.09 | $250.18 | |
| SOCIAL SECURITY TAX | | | $252.63 | $700.64 | |
| MEDICARE TAX | | | $59.08 | $163.86 | |
| | TOTAL TAXES AND DEDUCTIONS | | $768.92 | $2,393.25 | |

| SUMMARY | EARNINGS | - TAXES AND DEDUCTIONS | + ADJUSTMENT TO NET | = NET PAY |
|---|---|---|---|---|
| THIS PAY | $4,074.80 | $768.92 | $0.00 | $3,305.88 |
| YEAR TO DATE | $11,300.72 | $2,393.25 | | $8,907.47 |

BALTIMORE COUNTY PUBLIC SCHOOLS

*Deposited Directly to the Account of*

000005000551495

**KHALEEL S DESAQUE**

Three Thousand Three Hundred Five And 88/100 Dollars

AMOUNT

$3,305.88

# NON-NEGOTIABLE
# DO NOT PAY