In re:  Case No. 25-00667-HWV

Khaleel Sheik Ahamed Desaque  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: May 22, 2025      Form ID: ntcnfhrg      Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Khaleel Sheik Ahamed Desaque, 115 Stony Run Way, York, PA 17406-6108 |
| 5695800 | + | Members First Fcu, Po Box 8895, Camp Hill, PA 17001-8895 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5705720 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 22 2025 19:02:43 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5713203 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 22 2025 19:15:44 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5695790 | + | Email/Text: ally@ebn.phinsolutions.com | May 22 2025 18:54:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 5695791 | + | Email/Text: ally@ebn.phinsolutions.com | May 22 2025 18:54:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5695792 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 22 2025 19:02:45 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5695793 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 22 2025 18:54:00 | Comenity Capital Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5695794 | + | Email/PDF: creditonebknotifications@resurgent.com | May 22 2025 19:15:19 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5695788 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 22 2025 18:54:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5695795 | ^ | MEBN | May 22 2025 18:48:22 | Educatonal Systems FCU, Attn: Bankruptcy, Po Box 179, Greenbelt, MD 20768-0179 |
| 5695796 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 22 2025 19:03:14 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5695797 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 22 2025 19:15:41 | HUD, 451 7th Street, SW, Washington, DC 20410-0002 |
| 5695786 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 22 2025 18:54:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5708845 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 22 2025 18:54:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 5712079 | | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2025 19:02:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5695801 | | Email/Text: EBN@Mohela.com | May 22 2025 18:54:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Chesterfield, MO 63005 |
| 5695798 | + | Email/Text: Unger@Members1st.org | May 22 2025 18:54:00 | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camo Hill, PA 17001-8893 |
| 5695799 | + | Email/Text: Unger@Members1st.org | May 22 2025 18:54:00 | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camp hill, PA 17001-8893 |
| 5695803 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 22 2025 18:54:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5695802 | ^ | MEBN | May 22 2025 18:50:06 | Nelnet, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5711810 | + | Email/PDF: ebnotices@pnmac.com | May 22 2025 19:15:41 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5712721 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 22 2025 19:02:47 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5695805 | + | Email/PDF: ebnotices@pnmac.com | May 22 2025 19:15:23 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5695804 | | Email/PDF: ebnotices@pnmac.com | May 22 2025 19:02:48 | Pennymac, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5695806 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 22 2025 19:02:45 | Plusfinance/cws, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 5707171 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 22 2025 18:54:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5711528 | | Email/Text: bnc-quantum@quantum3group.com | May 22 2025 18:54:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5695807 | ^ | MEBN | May 22 2025 18:49:16 | Reach Financial, 11 Broadway Suite 1732, New York, NY 10004-1312 |
| 5695808 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 22 2025 19:15:30 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5695809 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 22 2025 19:02:10 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5696953 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 22 2025 19:15:41 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5695787 | + | Email/Text: kcm@yatb.com | May 22 2025 18:54:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5695789 | | Larkee Desaque |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Dawn Marie Cutaia | on behalf of Debtor 1 Khaleel Sheik Ahamed Desaque dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Khaleel Sheik Ahamed Desaque,

**Debtor 1**

Chapter 13

Case No. 1:25−bk−00667−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 18, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: June 25, 2025 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: ChristinaEdris, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 22, 2025 |

ntcnfhrg (08/21)