UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>KHALEEL SHEIK AHAMED DESAQUE | CASE NO: 25-00667<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/28/2025, I did cause a copy of the following documents, described below,

Khaleel Sheik Ahamed Desaque 2nd Amended Plan and Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/28/2025

/s/ Dawn Cutaia
Dawn Cutaia  77965

Fresh Start Law, PLLC
1701 W. Market St.
York, PA  17404
717 718 5199
dmcutaia@gmail.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

KHALEEL SHEIK AHAMED DESAQUE

CASE NO: 25-00667

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 7/28/2025, a copy of the following documents, described below,

Khaleel Sheik Ahamed Desaque 2nd Amended Plan and Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/28/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn Cutaia
Fresh Start Law, PLLC
1701 W. Market St.
York, PA  17404

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO                              EXCLUDE                                 EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING        (U)PENNYMAC LOAN SERVICES  LLC         US BANKRUPTCY COURT
NCRS ADDRESS DOWNLOAD                                                          SYLVIA H RAMBO US COURTHOUSE
CASE 25-00667                                                                  1501 N 6TH STREET
MIDDLE DISTRICT OF PENNSYLVANIA                                                HARRISBURG  PA 17102-1104
MON JUL 28 8-58-12 PST 2025


ALLY BANK                              ALLY BANK CO AIS PORTFOLIO SERVICES     ALLY FINANCIAL
RESURGENT CAPITAL SERVICES             LLC                                     PO BOX 380901
PO BOX 10368                           4515 N SANTA FE AVE DEPT APS            BLOOMINGTON  MN 55438-0901
GREENVILLE  SC 29603-0368              OKLAHOMA CITY  OK 73118-7901


ALLY FINANCIAL  INC                    CAPITAL ONE                             COMENITY CAPITAL BANK
ATTN BANKRUPTCY                        ATTN BANKRUPTCY                         ATTN BANKRUPTCY
PO BOX 380901                          PO BOX 30285                            PO BOX 182125
BLOOMINGTON  IL 55438-0901             SALT LAKE CITY  UT 84130-0285           COLUMBUS  OH 43218-2125


CREDIT ONE BANK                        DEPARTMENT OF REVENUE                   EDUCATONAL SYSTEMS FCU
ATTN BANKRUPTCY DEPARTMENT             1 REVENUE PLACE                         ATTN BANKRUPTCY
6801 CIMARRON RD                       HARRISBURG  PA 17129-0001               PO BOX 179
LAS VEGAS  NV 89113-2273                                                       GREENBELT  MD 20768-0179


FIRST PREMIER BANK                     (P)US DEPARTMENT OF HOUSING  URBAN      INTERNAL REVENUE SERVICE
3820 N LOUISE AVE                      DEVELOPMENT                             CENTRALIZED INSOLVENCY OPERATION
SIOUX FALLS  SD 57107-0145             ATTN OFFICE OF REGIONAL COUNSEL         POST OFFICE BOX 7346
                                       801 MARKET STREET 12TH FLOOR            PHILADELPHIA  PA 19101-7346
                                       PHILADELPHIA PA 19107-3126

                                                                               EXCLUDE
(P)JEFFERSON CAPITAL SYSTEMS LLC       LVNV FUNDING  LLC                       (U)LARKEE DESAQUE
PO BOX 7999                            RESURGENT CAPITAL SERVICES
SAINT CLOUD MN 56302-7999              PO BOX 10587
                                       GREENVILLE  SC 29603-0587


MEMBERS 1ST FCU                        MEMBERS 1ST FCU                         MEMBERS FIRST FCU
ATTN BANKRUPTCY                        ATTN BANKRUPTCY                         PO BOX 8895
PO BOX 8893                            PO BOX 8893                             CAMP HILL  PA 17001-8895
CAMO HILL  PA 17001-8893               CAMP HILL  PA 17001-8893


(P)MOHELA                              NELNET                                  NELNET
CLAIMS DEPARTMENT                      633 SPIRIT DRIVE                        ATTN CLAIMS
633 SPIRIT DRIVE                       CHESTERFIELD  MO 63005-1243             PO BOX 82505
CHESTERFIELD MO 63005-1243                                                     LINCOLN  NE 68501-2505


PENNYMAC LOAN SERVICES  LLC            (P)PORTFOLIO RECOVERY ASSOCIATES LLC    PENNYMAC LOAN SERVICES  LLC
PO BOX 2410                            PO BOX 41067                            ATTN CORRESPONDENCE UNIT
MOORPARK  CA 93020-2410                NORFOLK VA 23541-1067                   PO BOX 514387
                                                                               LOS ANGELES  CA 90051-4387
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| PENNYMAC<br>PO BOX 514387<br>LOS ANGELES CA 90051-4387 | PLUSFINANCECWS<br>ATTN BANKRUPTCY<br>PO BOX 9222<br>OLD BETHPAGE NY 11804-9222 | PREMIER BANKCARD LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | REACH FINANCIAL<br>11 BROADWAY SUITE 1732<br>NEW YORK NY 10004-1312 | SYNCHRONY BANKAMAZON<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| SYNCHRONY BANKSAMS CLUB<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | ~~EXCLUDE~~<br>~~(D)(P)US DEPARTMENT OF HOUSING - URBAN DEVELOPMENT~~<br>~~ATTN OFFICE OF REGIONAL COUNSEL~~<br>~~801 MARKET STREET 12TH FLOOR~~<br>~~PHILADELPHIA PA 19107-3126~~ | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~US COURTHOUSE~~<br>~~1501 N 6TH ST~~<br>~~HARRISBURG PA 17102-1104~~ |
| YORK ADAMS TAX BUREAU<br>PO BOX 15627<br>YORK PA 17405-0156 | ~~EXCLUDE~~<br>~~DAWN MARIE CUTAIA~~<br>~~FRESH START LAW PLLC~~<br>~~1701 WEST MARKET STREET~~<br>~~YORK PA 17404-5465~~ | (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| ~~EXCLUDE~~<br>~~KHALEEL SHEIK AHAMED DESAQUE~~<br>~~115 STONY RUN WAY~~<br>~~YORK PA 17406-6108~~ | | |